UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT ALAN FRATTA,<br>    Petitioner,<br><br>VS.<br><br>NATHANIEL QUARTERMAN,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§  CIVIL ACTION NO. H-05-3392<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the Court's Order of even date, Petitioner Robert Alan Fratta's Petition for Writ of Habeas Corpus is provisionally **GRANTED** with respect to his claims involving the admission of hearsay testimony at his trial. Respondent Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, shall release Petitioner Robert Alan Fratta from custody unless within 180 days the State of Texas initiates new criminal proceedings against him. With the exception of the aforementioned issues, Petitioner Robert Alan Fratta's Petition for Writ of Habeas Corpus is **DENIED**. This Court **DENIES** a Certificate of Appealability.

This is a final judgment.

Signed at Houston, Texas, this 28th day of September, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE