Dear Mr Milby, 10/25/07

Thank you for the copy of Judge Harmon's Order I received on 10/19.

Enclosed is a letter to Greg Abbott (a copy). Would you please place it onto my file. I am NOT requesting the court to take any action. As with my 10/4/07 letter, I am simply wanting certain documents placed in my file in the event something happens to me. My letter herein, & my previous one are not pro se pleadings to the court, but I believe ~~[redacted]~~ should be part of my record.

Thank you.

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 29 2007

MICHAEL N. MILBY, CLERK OF COURT

Sincerely,

*/s/ Fratta*

Robert A. Fratta

Fratta v Quarterman, No. 4:05-cv-03392

URGENT REQUEST FOR RELIEF AND INVESTIGATION

Mr. Abbott,                                                                                           10/25/07

      Per Title 42, Section 1997a of the U.S. Code, this is a complaint against the State of Texas, the Texas Dept. of Criminal Justice, and the TDCJ Polunsky Unit where I am incarcerated on Death Row. I am being subjected to egregious and flagrant conditions which are depriving me of rights, priveleges, and immunities secured and protected by the Constitution and laws of the United States, and are causing me to suffer grievous harm. This deprivation is pursuant to a pattern and practice of resistance to the full enjoyment of these rights, priveleges and immunities. Because I am confined to an institution as defined in section 1997(1)(B)(ii) of this Title, equitable relief "SHALL" be available to me by you/the Attorney General per this U.S. Code.

      TDCJ and this Polunsky Unit continually violate the 8th Amendment by inflicting cruel and unusual punishments upon me, and denying all my grievances seeking relief. In full violation of federal and state laws, and TDCJ policies, the ranking officials at this Unit from the wardens and medical director on down, have authorized the rank and file officers to assault and injure me on a daily basis. Since 3/15/07 I have suffered numerous injuries to my shoulder, knee, wrists, and tricep, lat and trap muscles. I have been in daily pain since then, and am living on prescribed pain pills just to help sleep thru the extreme pain. But neither the wardens nor the medical director will simply have the assaults and injuries stopped. I have filed written complaints to Polk County D.A. John Holleman. Instead of performing his duties of CCP 2.04 & 2.05 and sending someone to speak with me and investigate, he oddly gave my letter to TDCJ to read. Naturally that misdeed caused me to suffer more retaliation here. I was moved to a cell where I couldn't/can't get proper sleep, and am suffering sleep depravation. I am also being denied medical treatment for my injuries. They refused to x-ray my wrist after I believe it was fractured during an incident of being assaulted, and they are still denying me an MRI on my knee which I believe needs surgery stemming from an assault on 3/19/07. I also firmly believe my right shoulder needs surgery, and they refuse to do an MRI on that also. All the assaults are not only causing me physical pain, suffering and injuries, but living in daily fear of further assaults and injuries has me in extreme mental and emotional torment. I firmly believe the state, TDCJ, and this Unit want me to either commit suicide, or "snap" in some manner. Things have gotten even worse since my conviction was overturned on 9/28/07 by federal district judge Melinda Harmon. To literally add insult to injury, you/yous office has unbelievably filed notice to appeal Harmon's rightful and lawful ruling. All of my injuries and violations of this U.S. Code, are the result of an unlawful arrest and conviction; meaning I am unlawfully imprisoned. All of these miscarriages of justice constitute violations of the 1st, 4th, 5th, 8th, & 14th Amendments, as well as state and

federal laws. Per this U.S. Code, it is your DUTY to make equitable relief available to me which will insure me the full enjoyment of my rights to life, liberty, property, religious assembly, etc. You MUST take minimum corrective measures necessary to insure my rights and put an end to the pain, suffering, retaliations, injuries, unlawful acts, miscarriages of justice, and daily torment being inflicted upon me by the state, TDCJ, and this Unit. Following are such minimum corrective measures that are necessary:

1) First and foremost, send someone from your office IMMEDIATELY to come speak with me about all my mistreatment, injuries, etc. here which are ongoing and must stop NOW. Investigate this abuse thoroughly, and have appropriate criminal (& civil?) charges filed. I have quite a bit of evidence to prove my allegations, plus my medical file should have the proof also.
2) Uphold the laws of the land as you took an oath to, and:
   a) withdraw your notice to appeal with the 5th Circuit
   b) file a motion for me to be released on PR bond right away
   c) send someone to speak with me about:
      1) collecting and providing me with the large amount of withheld evidence the Harris County D.A.'s Office or Sheriff's Dept. has
      2) investigating the forged document and other matters the D.A.'s Office and Sheriff's Dept. refuse to. (I believe that forged document is the underlying reason my wife ended up shot and me framed for her death).
3) This U.S. Code states you are to personally sign my complaint. Please do so and provide me with a copy.

   I am suffering GREATLY. In the interest of justice, please expedite this relief I need and deserve, and send someone from your office to come speak with me right away.
   Thank you.

                                                            Sincerely,

                                                            *[signature]*

                                                            Robert A. Fratta
                                                            Polunsky Unit, #999189
                                                            3872 FM 350 South
                                                            Livingston, Tx. 77351
                                        (Fratta v Quarterman, No. 4:05-cv-03392)

R. A Fuatta
Pelunsky Unit #941185
3872 FM 350 S.
Livingston, Tx. 77351

LEGAL

United States Courts
Southern District of Texas
FILED
OCT 29 2007
Michael N. Milby, Clerk

26 OCT 2007 PM 3 L
N HOUSTON TX 773

United States Courts
Southern District of Texas
FILED
OCT 29 2007
Michael N. Milby, Clerk

Michael N. Milby
Clerk of Court
P.O. Box 61010
Houston, Tx. 77208

7720841010

SCREENED BY
U.S. MARSHALS

USA First-Class